IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-143-BLG-SPW-CSO |
| Plaintiff, | |
| vs. | **FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| TESSIE KAY HAMILTON, | |
| Defendant. | |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to the Superseding Information, which charges the crime of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

After examining the Defendant under oath, the Court determined:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against her;

2. That the Defendant is aware of the nature of the charge against her and the consequences of pleading guilty to the charge;

3. That the Defendant fully understands her pertinent constitutional rights and the extent to which she is waiving those

rights by pleading guilty to the criminal offense charged against

her; and

4. That her plea of guilty to the criminal offense charged

against her is knowingly and voluntarily entered, and is

supported by independent factual grounds sufficient to prove each

of the essential elements of the offense charged.


The Court further concludes that the Defendant had adequate

time to review the Plea Agreement with counsel, that Defendant fully

understands each and every provision of the agreement and that all of

the statements in the Plea Agreement are true.

Therefore, I recommend that Defendant be adjudged guilty of the

charge in the Superseding Information and that sentence be imposed.

Objections to these Findings and Recommendation are waived

unless filed and served within fourteen (14) days after the filing of the

Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim.

P 59(b)(2).

DATED this 13th day of May, 2016.

/s/ Carolyn S. Ostby
United States Magistrate Judge