

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-143-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TESSIE KAY HAMILTON, | |
| Defendant. | |

Upon the United States' Motion to Seal United States' Response to Defendant's Sentencing Memorandum (Doc. 38), and for good cause being shown,

IT IS HEREBY ORDERED that the motion to file United States' response to defendant's sentencing memorandum under seal is **GRANTED**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 22nd day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE